# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Matthew D. Green, et al.

v.

United States Department of Justice, et al.

**Case No:** 23-5159

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Department of Justice

Library of Congress

U.S. Copyright Office

Carla Hayden

Shira Perlmutter

Merrick B. Garland

### Counsel Information

**Lead Counsel:** Brian J. Springer

**Direct Phone:** (202) 616-5446  **Fax:** ( ) -  **Email:** brian.j.springer@usdoj.gov

**2nd Counsel:** Daniel Tenny

**Direct Phone:** (202) 514-1838  **Fax:** ( ) -  **Email:** daniel.tenny@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Ave. NW, Washington, D.C. 20530

**Firm Phone:** ( ) -  **Fax:** ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)