# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Matthew Green, et al.

v.

U.S. Department of Justice, et al.

**Case No:** 23-5159

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Matthew Green

Andrew Bunnie Huang

Alphamax, LLC

### Counsel Information

Lead Counsel: Brian M. Willen

Direct Phone: ( 212 ) 999-5800  Fax: ( 212 ) 999-5899  Email: bwillen@wsgr.com

2nd Counsel: Lauren Gallo White

Direct Phone: ( 415 ) 947-2000  Fax: ( 415 ) 947-2099  Email: lwhite@wsgr.com

3rd Counsel: Benjamin D. Margo

Direct Phone: ( 347 ) 756-0065  Fax: ( 212 ) 947-5899  Email: bmargo@wsgr.com

Firm Name: Wilson Sonsini Goodrich & Rosati, P.C.

Firm Address: 1301 Avenue of the Americas, 40th Floor, New York, NY 10019-6022

Firm Phone: ( 212 ) 999-5800  Fax: ( 212 ) 947-5899  Email: wsgr@wsgr.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)