# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Matthew Green, et al.

**v.** U.S. Department of Justice, et al.

**Case No:** 23-5159

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- Matthew Green
- Andrew Bunnie Huang
- Alphamax, LLC

### Counsel Information

**Lead Counsel:**

Direct Phone: ( ) - Fax: ( ) - Email:

**2nd Counsel:** Corynne McSherry

Direct Phone: (415) 436-933 Fax: (415) 436-9993 Email: corynne@eff.org

**3rd Counsel:** Kit Walsh

Direct Phone: (415) 436-9333 Fax: (415) 436-9993 Email: kit@eff.org

**Firm Name:** Electronic Frontier Foundation

**Firm Address:** 815 Eddy Street, San Francisco, California 94109

**Firm Phone:** (415) 436-9333 Fax: (415) 436-9993 Email: madeleine@eff.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)