# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-5159
2. DATE DOCKETED: 07-13-2023
3. CASE NAME (lead parties only) Matthew Green, et al. v. U.S. Department of Justice, et al.
4. TYPE OF CASE: [x] District Ct - (•) US Civil  ( ) Private Civil  ( ) Criminal  ( ) Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court   [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ( ) Yes  (•) No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.   Bankruptcy Court Docket No.   Tax Court Docket No.
      Civil Action 1:16-cv-01492-EGS   Bankruptcy   Tax
      Criminal                          Adversary
      Miscellaneous                     Ancillary
   b. Review is sought of:
      [x] Final Order   [ ] Interlocutory Order appealable as of right   [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Emmet G. Sullivan     Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 06-27-2019   e. Date notice of appeal filed: 07-11-2023
   f. Has any other notice of appeal been filed in this case?  (•) Yes  ( ) No   If YES, date filed: 09-10-2021
   g. Are any motions currently pending in trial court?  ( ) Yes  (•) No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ( ) Yes  (•) No
      If NO, why not? Decided on the Papers
   i. Has this case been before the Court under another appeal number?  (•) Yes  Appeal # 21-5195   ( ) No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ( ) Yes  (•) No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  (•) Yes  ( ) No
      If YES, give popular name and citation of statute 17 U.S.C. § 1201, Digital Millenium Copyright Act (DMCA)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ( ) Yes  (•) No   If so, provide program name and participation dates

Signature /s/ Brian M. Willen   Date 08-14-2023
Name of Party Matthew Green, Andrew Bunnie Huang, and Alphamax, LLC
Name of Counsel for Appellant/Petitioner Brian M. Willen
Address Wilson Sonsini Goodrich & Rosati, P.C.; 1301 Avenue of the Americas, 40th Floor, New York, NY 10019
Phone ( 212 ) 999-5800   Fax ( 212 ) 999-5801

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)