UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MATTHEW GREEN, ET AL.,<br><br>    Appellants,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,<br><br>    Appellees. | CASE NO.: 23-5159 |

## **STATEMENT OF ISSUES**

In accordance with this Court's July 13, 2023 Order, Plaintiffs-Appellants submit this statement of issues to be raised in this case.

1.    Did the district court err in holding that Plaintiffs-Appellants failed to state a facial claim that Section 1201(a) of the Digital Millennium Copyright Act creates an unconstitutional speech-licensing regime contrary to the First Amendment?

2.    Did the district court err in holding that Plaintiffs-Appellants failed to state a facial claim that Section 1201(a) of the Digital Millennium Copyright Act is contrary to the First Amendment, despite the fact that Section 1201 sweeps up a vast amount of protected speech including fair uses of copyrighted materials which has

no connection to the Government's stated interest in preventing copyright infringement?

August 14, 2023                              Respectfully submitted,

*/s/ Brian M. Willen*
Brian M. Willen (D.C. Bar No. 490471)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Corynne McSherry (Bar No. 55283)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: corynne@eff.org

*Counsel for Appellants Matthew Green, Andrew Bunnie Huang, and Alphamax, LLC*

## CERTIFICATE OF SERVICE

I, Brian M. Willen, hereby certify that on August 14, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

By: _/s/ Brian M. Willen_
　　　Brian M. Willen