# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

MATTHEW GREEN, ET AL.,  )
)
    Appellants,  )
)
    v.  )
)
UNITED STATES DEPARTMENT  )
OF JUSTICE, ET AL.,  )
)
    Appellees.  )
)

**CASE NO.:  23-5159**

## APPELLANTS MATTHEW GREEN, ANDREW BUNNIE HUANG, AND ALPHAMAX, LLC'S STATEMENT OF INTENT NOT TO UTILIZE DEFERRED JOINT APPENDIX

Appellants Matthew Green, Andrew Bunnie Huang, and Alphamax, LLC

hereby state that they do not intend to utilize a deferred joint appendix.

Dated:  August 14, 2023    Respectfully submitted,

*/s/ Brian M. Willen*
Brian M. Willen (D.C. Bar No. 490471)
WILSON SONSINI GOODRICH &ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
Email:  bwillen@wsgr.com
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899

*Counsel for Appellants Matthew Green, Andrew Bunnie Huang, and Alphamax, LLC*

## CERTIFICATE OF SERVICE

I, Brian M. Willen, hereby certify that on August 14, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

By: */s/ Brian M. Willen*

Brian M. Willen
