## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

MATTHEW GREEN, ET AL.,     )
               )
       Appellants,    )
               )
   v.             )
               )   **CASE NO.: 23-5159**
UNITED STATES DEPARTMENT  )
OF JUSTICE, ET AL.,      )
               )
       Appellees.     )
               )
               )
               )
_____)

## APPELLANTS MATTHEW GREEN, ANDREW BUNNIE HUANG, AND ALPHAMAX, LLC'S DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Plaintiffs Matthew Green, Andrew Huang, and Alphamax, LLC, pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Alphamax, LLC, which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: August 25, 2023                    Respectfully submitted,

                                          */s/ Brian M. Willen*
                                          Brian M. Willen (D.C. Bar No. 490471)
                                          WILSON SONSINI GOODRICH &ROSATI
                                          Professional Corporation
                                          1301 Avenue of the Americas
                                          40th Floor
                                          New York, NY 10019-6022
                                          Email: bwillen@wsgr.com
                                          Telephone: (212) 999-5800
                                          Facsimile: (212) 999-5899

                                          *Counsel for Appellants Matthew Green, Andrew*
                                          *Bunnie Huang, and Alphamax, LLC*

## CERTIFICATE OF SERVICE

I, Brian M. Willen, hereby certify that on August 25, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

By: */s/ Brian M. Willen*
Brian M. Willen