UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MATTHEW GREEN, ET AL.,<br><br>    Appellants,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,<br><br>    Appellees. | CASE NO.: 23-5159 |

### APPELLANTS' UNOPPOSED MOTION
### TO EXTEND BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 26(b) and the Circuit Rule of the United States Court of Appeals for the District of Columbia Circuit 26(b), Appellants Matthew D. Green, Andrew "Bunnie" Huang, and Alphamax, LLC ("Appellants"), respectfully move for an extension of time within which to file briefings in this appeal. Counsel for Appellees U.S. Department of Justice, Library of Congress, U.S. Copyright Office, Carla Hayden, Shira Perlmutter, and Merrick Garland ("Appellees") has informed counsel for Appellants that it does not object to, and will not oppose, this motion provided that Appellees' deadline is also extended as requested herein.

The requested extension would modify the filing deadline for Appellants' opening brief, Appellee's brief, and Appellant's reply brief as follows:

-1-

|  | **Current Deadlines** | **Proposed Deadlines** |
|---|---|---|
| **Appellants' Brief** | Oct. 18, 2023 | Nov. 29, 2023 |
| **Appendix** | Oct. 18, 2023 | Nov. 29, 2023 |
| **Appellees' Brief** | Nov. 17, 2023 | Feb. 2, 2024 |
| **Appellants' Reply Brief** | Dec. 8, 2023 | Feb. 23, 2024 |

Appellants have not previously moved for or been granted any days of extension in this appeal.

Appellants seek this extension for good cause, including competing deadlines that will interfere with the current schedule. In addition, several amici intend to file briefs in support of Appellants' opening brief, however, the amici working within academic calendars will have difficulty completing such briefs under the current schedule, which would have such briefs due on October 25, 2023. *See* Fed. R. App. P. 29(a)(6).

For the foregoing reasons, Appellants respectfully request that the Court GRANT this unopposed motion to extend the time to file Appellants' opening brief to November 29, 2023 and subsequently adjust the remaining schedule.

Dated:  September 26, 2023    Respectfully submitted,

      */s/ Brian M. Willen*
Brian M. Willen (D.C. Bar No. 490471)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
Email:  bwillen@wsgr.com
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899

*Counsel for Appellants Matthew D. Green,
Andrew Bunnie Huang, and Alphamax, LLC*

## CERTIFICATE OF COMPLIANCE

I, Brian Willen, in reliance on the word count of the word processing system used to prepare this brief, certify that the foregoing brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2).

The brief contains 269 words. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). The brief has been prepared in Times New Roman 14-point font, a proportionately spaced typeface, using Microsoft Word 2022.

By:  */s/ Brian M. Willen*
      Brian M. Willen

## CERTIFICATE OF SERVICE

I, Brian M. Willen, hereby certify that on September 26, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

By: */s/ Brian M. Willen*
Brian M. Willen