# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5159**                    **September Term, 2023**

**1:16-cv-01492-EGS**

**Filed On: September 28, 2023** [2019484]

Matthew D. Green, et al.,

      Appellants

   v.

United States Department of Justice, et al.,

      Appellees

## O R D E R

Upon consideration of appellants' unopposed motion to extend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | November 29, 2023 |
| Appendix | November 29, 2023 |
| Appellees' Brief | February 2, 2024 |
| Appellants' Reply Brief | February 23, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk