# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5159

---

MATTHEW D. GREEN, ANDREW "BUNNIE" HUANG, and ALPHAMAX, LLC,

*Plaintiffs-Appellants*,

v.

THE UNITED STATES DEPARTMENT OF JUSTICE, LIBRARY OF CONGRESS, U.S. COPYRIGHT OFFICE, CARLA HAYDEN, SHIRA PERLMUTTER, and MERRICK B. GARLAND,

*Defendants-Appellees.*

---

## NOTICE OF PARTIES' CONSENT TO PARTICIPATION AS *AMICI CURIAE*

Pursuant to Circuit Rule 29(b), Public Knowledge, the Digital Right to Repair Coalition, Software Freedom Conservancy, iFixit, the Open Source Hardware Association, Jonathan Askin, Charles Duan, Aaron Perzanowski, and Anthony Rosborough represent to this Court that they intend to participate in this case as *amici curiae.* The proposed *amici* have the consent of all parties to do so.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1(a), the proposed *amici* represent that they have no parent corporations and that no publicly-held company has a 10% or greater ownership interest in them.

Pursuant to Circuit Rule 26.1(b), the proposed *amici* are organizations and legal scholars focusing on the consumer interest relating to technology.

Rev. b6a4d9fd

Respectfully submitted,

Dated: December 6, 2023

/s/ *Charles Duan*

CHARLES DUAN
   *Counsel of Record*
AMERICAN UNIVERSITY WASHINGTON COLLEGE
   OF LAW
4300 Nebraska Avenue NW
Washington, DC 20016
(202) 274-4124
notices.ecf@cduan.com

*Counsel for amici curiae*