# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Matthew Green, et al.

**v.**

U.S. Department of Justice, et al.

**Case No:** 23-5159

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Matthew Green

Andrew Bunnie Huang

Alphamax, LLC

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

**2nd Counsel:** Benjamin D. Margo

Direct Phone: (347) 756-0065  Fax: (212) 947-5899  Email: bmargo@wsgr.com

**3rd Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

**Firm Name:** Wilson Sonsini Goodrich & Rosati, P.C.

**Firm Address:** 1301 Avenue of the Americas, 40th Floor, New York, NY 10019-6022

**Firm Phone:** (212) 999-5800  Fax: (212) 947-5899  Email: wsgr@wsgr.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)