# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 23-5159**                       **September Term, 2023**

**1:16-cv-01492-EGS**

**Filed On: May 6, 2024** [2052967]

Matthew D. Green, et al.,

    Appellants

  v.

United States Department of Justice, et al.,

    Appellees

    **BEFORE:**     Circuit Judges Henderson, Millett, and Pillard

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, May 6, 2024 at 9:34 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Benjamin D. Margo, counsel for Appellants.

    Brian J. Springer (DOJ), counsel for Appellees.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Anne A. Rothenberger
Deputy Clerk