WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 866.974.7329

BENJAMIN D. MARGO
Internet: BMARGO@wsgr.com

May 10, 2024

<u>Via CM/ECF</u>

Mr. Mark J. Langer
Clerk, United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W., Room 5423
Washington, D.C. 20001

   Re: *Matthew Green et al. v. U.S. Department of Justice et al.*, **No. 23-5159 (D.C. Cir.)**

Dear Mr. Langer:

  I write to correct two misstatements I made at oral argument on May 6, 2024 in the above-captioned case. I intended to communicate Plaintiffs-Appellants' position that the circumvention prohibition at 17 U.S.C. § 1201(a)(1)(A) is not severable from the provisions that allow the Librarian of Congress to grant exceptions to that prohibition (17 U.S.C. § 1201(a)(1)(B)-(E)), though it is severable from the prohibition of trafficking at 17 U.S.C. § 1201(a)(2). *See* Opp. to Mot. to Dismiss, *Matthew Green v. U.S. Dep't of Justice*, No. 1:16-cv-1492 (D.D.C. Oct. 18, 2016), ECF No. 18 at 29 & n.13 (citing *Am. Fed'n of Gov't Emps. v. Pierce*, 697 F.2d 303, 307 (D.C. Cir. 1982)).

  Accordingly, when Judge Pillard asked what would happen if the Court "invalidated" "the Librarian of Congress triennial review," I responded that "it would only affect the 1201(a) circumvention regime … nothing in trafficking would be affected." Oral Argument audio at 31:26-52. I misunderstood Judge Pillard's next two questions, however, and my responses gave the misimpression

**WILSON SONSINI**

Mr. Mark J. Langer
Clerk, United States Court of Appeals
Page 2

that Plaintiffs-Appellants believe Section 1201(a)(1)'s circumvention prohibition would survive if its triennial rulemaking provisions were invalidated. *Id.* at 31:52-32:13. I apologize for this inadvertent error.

    Respectfully submitted,

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    */s/ Benjamin Margo*

    Benjamin Margo

cc:    All Counsel (via CM/ECF)