# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5159**  **September Term, 2023**
FILED ON: AUGUST 2, 2024

MATTHEW D. GREEN, ET AL.,
      APPELLANTS

v.

UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,
      APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cv-01492)

---

Before: HENDERSON, MILLETT and PILLARD, *Circuit Judges*

### **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk

BY:   /s/

                     Daniel J. Reidy
                     Deputy Clerk

Date: August 2, 2024

Opinion for the court filed by Circuit Judge Pillard.