# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5159**　　　　　　　　　　　　　　　　**September Term, 2024**

**1:16-cv-01492-EGS**

**Filed On: September 25, 2024** [2076806]

Matthew D. Green, et al.,

    Appellants

    v.

United States Department of Justice, et al.,

    Appellees

## M A N D A T E

    In accordance with the judgment of August 2, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                      BY:    /s/
                                  Daniel J. Reidy
                                  Deputy Clerk

Link to the judgment filed August 2, 2024